IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | : CIVIL ACTION<br>:<br>: |
| | : NO.  17cv5698 |
| and | : |
| SHEET METAL WORKERS' HEALTH &<br>WELFARE FUND OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | : |
| and | : |
| SHEET METAL WORKERS' ANNUITY FUND<br>OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | : |
| and | : |
| SHEET METAL WORKERS' WORK ASSESSMENT<br>OF LOCAL NO. 19<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | : |
| and | : |
| SHEET METAL WORKERS' JOINT<br>APPRENTICESHIP FUND OF PHILADELPHIA<br>AND VICINITY<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | : |
| and | : |
| GARY MASINO, TRUSTEE<br>SHEET METAL WORKERS' LOCAL 19<br>BENEFIT FUNDS<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147, | : |
| Plaintiffs,<br>v. | : |

```
FREEDOM HEATING & AIR CONDITIONING    :
a/k/a FREEDOM MECHANICAL              :
3127 Broad Street                     :
Ottsville, PA 18942                   :
                                      :
              and                     :
                                      :
MICHAEL McSTRAVICK                    :
3127 Broad Street                     :
Ottsville, PA 18942                   :
                                      :
              Defendants.             :
```

## JUDGMENT UPON CONFESSION

Defendants, having stipulated to the entry of judgment in this action, and upon application and certification of Plaintiffs, judgment is hereby entered against Defendants, Freedom Heating & Air Conditioning a/k/a Freedom Mechanical and Michael McStravick, and in favor of Plaintiffs in the amount of $174,572.42, with interest to run thereon at the rate of 4.25% until this judgment has been satisfied.

Plaintiffs are entitled to execute on this judgment, without notice, as Defendants stipulated thereto.

Should Plaintiffs be required to execute on this judgment, this judgment may be immediately registered in any Court of competent jurisdiction regardless of whether the time for appeal has expired.

Further, should Plaintiffs be required to execute on this judgment, the amount of this judgment shall be increased by a reasonable fee for each execution proceeding necessary to achieve satisfaction of this judgment in favor of the Plaintiffs and against the Defendants.

                                Kate Barkman
                                Clerk, United States District Court
                                Eastern District of Pennsylvania

                        By:  s/ Terry Milano
                             _____
                                Deputy Clerk

Dated:  December 21, 2017